UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUDREY ANN CURLEY MABIE and
KELLY B. WOOD, Individually, and on
behalf of All Other Similarly Situated,

    Plaintiffs,

v.                                  Case No.:   8:12-cv-02588-T-30TGW

FRANCHISE EQUITY GROUP, INC. d/b/a
MACSUB ENTERPRISES, INC., et al.,

    Defendants.
_____/

## NOTICE OF FILING CONSENT TO JOIN

COME NOW the Plaintiffs, by and through their undersigned counsel, and hereby file the executed Consent to Join Collective Action on behalf of AUDREY ANN MABIE, dated November 15, 2012.

Dated this 30th day of November, 2012.

                                                             */s/ Mitchell L. Feldman*
                                                             MITCHELL L. FELDMAN, ESQUIRE
                                                              Florida Bar No. 0080349
                                                              FELDMAN MORGADO P.A.
                                                              501 North Reo Street
                                                               Tampa, Florida 33609
                                                              Tele: (813) 639-9366
                                                              Fax: (813) 639-9376
                                                              E-mail: mfeldman@ffmlawgroup.com
                                                              Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mitchell L. Feldman*
MITCHELL L. FELDMAN, ESQUIRE
Florida Bar No. 0080349