UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUDREY ANN CURLEY MABIE
and KELLY B. WOOD, Individually,
and On Behalf of All Others Similarly
Situated,

    Plaintiffs,

v.

FRANCHISE EQUITY GROUP, INC., D/B/A
MACSUB ENTERPRISES, INC.; MACSUB II,
INC.; MACSUB III, INC.; MACSUB IV INC.;
MACSUB VI INC.; MACSUB VIII INC.;
MACSUB IX INC.; MACSUB X INC.;
MACSUB XI, INC.; MACSUB XII INC.;
MACSUB XIV INC.; MACSUB XV INC.;
MACSUB XVI INC.; MACSUB XVII INC.;
MACSUB XVIII INC.; MACSUB XIX INC.;
MACSUB XX INC.; MACSUB XXII INC.;
MACSUB XXIII INC.; MACSUB XXVI INC.;
MACSUB, XXVII INC.; MACSUB XXVIII INC.;
MACSUB XXIX, INC.; MACSUB XXX INC.;
MACSUB XXXI, INC.; MACSUB XXXII, INC.;
MACSUB XXXIII, INC.; MACSUB XXXIV, INC.;
MACSUB XXXV, INC.; MACSUB XXXVI, INC.;
MACSUB XXXVII, INC.; MACSUB XXXVIII, INC.;
MACSUB XXXIX, INC.; MACSUB, XL INC.;
MACSUB XLI, INC., DAVID MCCOMAS, individually;
GREAT LAKES MANAGEMENT, CORP.; and
PPM HOLDINGS, LLC

    Defendants.
_____/

Case No.:

Collective Action Representation

**Consent to Join Collective Action, Claim Wages and Toll Statute of Limitations**

- I understand that the named Plaintiffs above have brought the captioned lawsuit under the Fair Labor Standards Act to secure unpaid overtime wages, liquidated damages, prejudgment interest, attorneys' fees, costs, and other relief.
- It is my understand that almost all claims can be barred for not filing a claim in a timely manner and that the statute of limitations will be tolled by filing a written consent to join this lawsuit, which may be done through this form titled "Consent to Join Collective Action, Claim Wages and Toll Statute of Limitations." See 29 CFR 790.21
- I am or I was a MANAGER at some point between, February 2010 and June 2012 for the above-referenced Defendants and worked more than forty (40) hours in at least one week and I was not paid appropriately.
- By my signature below, I authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the Defendant(s) in the above captioned case to pay me overtime wages as required by federal law and also authorizing the filing of this consent in the above-captioned action challenging such conduct.
- This form shall act as my consent to opt-in now, and in the future should the complaint be amended so that I do not have to file multiple consents any time the complaint is amended. I authorize the above named Plaintiff(s) and designate them as my agents to make decision on my behalf concerning the litigation, to negotiate and/or settle any and all compensation claims(s) I have against the Defendant(s) and the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs.

- I specifically authorize the named Plaintiff(s), along with counsel of record for the named Plaintiff(s), Feldman, Fox & Morgado, to represent me in this lawsuit, to act as my agent to prosecute this lawsuit on my behalf, and to negotiate a settlement of any and all compensation claim(s) I have against the Defendant under the Fair Labor Standards Act. I understand that Feldman, Fox & Morgado is prosecuting the case on a contingency basis and I will not be charged any attorneys' fees by the firm unless the firm recovers money on my behalf.

Name [Please Print]: Audrey Anne Mabie

Address: 3003 Jodi Lane Palm Harbor Fl 34684

Telephone: 727-772-1937
E-mail:

Dated: Nov 15, 2012    By: Audrey A. Mabie
                          [Sign Name]