# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AUDREY ANN CURLEY MABIE and
KELLY B. WOOD,

    Plaintiffs,

v.                                  Case No: 8:12-cv-2588-T-30TGW

FRANCHISE EQUITY GROUP, INC.,
et al.,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (Dkt. #76). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of March, 2013.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2588 dismiss 76.docx